ORIGINAL

FILED
SEP 12 2006
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**NORTHERN TAIGA VENTURES, INC.**

*Plaintiff,*

**vs.**

**UNITED STATES OF AMERICA**

*Defendant.*

**Case No:** 06-646 C

## COMPLAINT

Plaintiff, Northern Taiga Ventures, Inc. ("NTVI"), by counsel, hereby files this Complaint against the United States Coast Guard (hereinafter "USCG") an agency of the United States of America, and for cause states as follows:

## JURISDICTIONAL STATEMENT

1. Jurisdiction of this matter is conferred by 28 U.S.C. § 1491(a)(1) as this is a claim against the United States upon an express or implied contract with the United States. Jurisdiction of this matter is further conferred by 28 U.S.C. § 1491(a)(2) as this action arises from an appeal of a contracting officer's decision under the Contract Disputes Act of 1978, 41 U.S.C. §§ 601 *et. seq*.

## FACTUAL BACKGROUND

2. NTVI is incorporated in the state of Alaska and is engaged in the business of construction contracting.

3. On April 7, 2005, NTVI was awarded a Contract by the USCG to perform certain construction work on various USCG locations – Contract No. HSCG83-05-D-3WF084 (hereinafter the "Contract").

4. Under the Contract every individual project would be initiated by the USCG submitting an Order For Supplies Or Services, which would be identified by an Order

Number. The subject of this Complaint is the work performed on Representational Facility Number One, Bethesda, MD – Order Number HSCG83-05-J-3WF382 (hereinafter the "Project").

**COUNT I**

**Breach of Contract**

5. Plaintiff hereby incorporates by reference the allegations contained in paragraphs 1 through 4 above as if fully set forth herein.

6. On January 12, 2006, NTVI completed its work on the Project.

7. On January 24, 2006, NTVI submitted to the USCG a Final Application for Payment for the Project, Application No. 2. The total outstanding balance to that date was Six-Thousand One-Hundred and Fifty-Six Dollars and Forty-Three Cents ($6,156.43). A copy of the invoice is attached hereto as Exhibit 1 and incorporated by reference herein.

8. NTVI has complied with each and every requirement of the Contract except where such requirement may have been waived, excused or prevented by USCG.

9. On February 6, 2006, Pamela M. Komer, the USCG's Contracting Officer for the Project (hereinafter "Contracting Officer"), informed NTVI that the final invoice was rejected.

10. On July 3, 2006, NTVI requested the USCG's Contracting Officer to render a final decision on the above referenced Application For Payment, Application No. 2, dated January 24, 2006, per the Contract's dispute clause (FAR § 52.233-1 (e)). A copy of this letter is attached hereto as Exhibit 2 and incorporated by reference herein.

11. The USCG received the June 28, 2006 letter by certified mail on July 6, 2006, as evidenced by U.S. Postal Service Certified Mail Receipt. A copy of the Certified Mail Receipt is attached hereto as Exhibit 3 and incorporated by reference herein.

12. To date, the USCG has not responded to NTVI's request for a final

determination dated July 3, 2006 (Exhibit 2). Pursuant to the Contract Disputes Act 41 U.S.C. § 605 (c)(5), the failure of the USCG to respond to NTVI's request for a final determination within 60 days of the request is deemed a denial, making this appeal of the decision proper.

13. The USCG failed and refused to process the pay application and make full payment for the Project despite demand, causing damages to NTVI in the amount of Six-Thousand One-Hundred and Fifty-Six Dollars and Forty-Three Cents ($6,156.43).

WHEREFORE, NTVI hereby requests that this Honorable Court reverse the decision of the Contracting Officer, and enter judgment in its favor and against the USCG in the amount of Six-Thousand One-Hundred and Fifty-Six Dollars and Forty-Three Cents ($6,156.43) plus interest and costs of this action, and for such other relief as this Court finds appropriate.

Respectfully submitted,

**GREENBURG, SPENCE & TAYLOR, LLC**

By: ______________________

Donald H. Spence, Jr., Esq.
51 Monroe Place, Suite 707
Rockville, Maryland 20850-2406
301-610-0010
301-610-0021 fax
Email: despence@gstlaw.com

Attorneys for Northern Taiga Ventures, Inc.

******* INVOICE ******* PAGE: 1

Northern Taiga Ventures, Inc.
814 W. Diamond Avenue
Suite 370
Gaithersburg, MD 20878

(202) 291-8688

US COAST GUARD - CUSTOMER
1240 EAST NINTH STREET
Cleveland OH 44119-2060

CONTACT:

JOB DESC: REPLACE WINDOWS & SHUTTERS
COMMENT: HSCG8305D3WF084 HSCG8305J3WF38 2

INVOICE NUMBER: 0000227-IN
INVOICE DATE: 01/24/06
SALESPERSON:
CUSTOMER NO: USCG001
JOB NUMBER: N510-002
TERMS: 30 Days
EIN# 92-0177690
BILL METHOD: FIXED CONTRACT

---

| | |
|---|---|
| ORIGINAL CONTRACT AMOUNT: | 73,693.00 |
| PERCENTAGE COMPLETED TO DATE: | 100.00% |
| BILLABLE CONTRACT AMOUNT: | 73,693.00 |
| LESS PREVIOUSLY INVOICED: | 67,536.57 |
| AMOUNT BILLABLE THIS INVOICE: | 6,156.43 |
| INVOICE TOTAL: | 6,156.43 |

---

25 JAN '06 AM11:48

# APPLICATION FOR PAYMENT

USGS Civil Engineering Unit   Contracting Officer Attn: Ms. Komer
1240 E. Ninth St. Rm 2179
Cleveland, OH 44199-2060

Date: 1/24/2006

Contractor: *Northern Taiga Ventures, Inc.*
Address: 814 west Diamond Ave., Suite 200
Gaithersburg, MD. 20878
Phone (301) 258-8870 Fax (301) 212-4182

Contract Number: HSCG83-05-D-3WF084
Application No.: 2   Order Number: HSCG83-05-J-3WF382
Project: Replace Windows at U.S. Coast Guard Representational Facility # 1

Project Number: N510002
Contract Completion Date: 11/27/2005

## APPLICATION SUMMARY

| | | | |
|---|---|---|---|
| 1 | Original Contract Amount | 73,693.00 | |
| 2 | Net Change by Contract Modifications | 0.00 | |
| 3 | Adjusted Contract Amount to Date | **73,693.00** | |
| 4 | Total Completed and Stored to Date | | 73,693.00 |
| 5 | Less Previous Applications for Payment | | 67,536.57 |
| 6 | **Current Payment Due** | | **6,156.43** |
| 7 | Contract Balance (line 3 less line 6) | 0.00 | |

## MODIFICATION SUMMARY

| | # | ADDITIONS | DEDUCTIONS |
|---|---|---|---|
| Previously Approved | | 0.00 | |
| Approved this month | | 0.00 | |
| | | | |
| | | | |

Net Change by Modifications: 0.00

## FUNDING SUMMARY

| Fund Number | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |

The undersigned hereby certifies that the work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous payments were received from the Smithsonian, and that the current payment shown herein is now due.

Contractor Signature: [signature] / Project Manager   1/24/06
Name / Title   Date

25 JAN '06 AM11:48

Approved for Processing: ______
Office of Corporate Facilities Management   Construction Manager   Date

Project : Window Replacement USCG Facility # 1
OPP Project No.: N510002
Application No.: 2

Contractor: Northern Taiga Ventures, Inc.
Contract No.: HSCG83-05-D-3WF084
Ordere No.: HSCG83-05-J-3WF382

| A | B | C | D | E | F | G | | H |
|---|---|---|---|---|---|---|---|---|
| Item No. | Description of Work | Scheduled Value | Work Completed Previous | Work Completed Current | Materials Stored This Period | Total Completed & Stored to Date | % Cplt. | Balance to Finish |
| 1 | General Conditions | $15,432.45 | $10,279.55 | $5,152.90 | $0.00 | $15,432.45 | 100% | $0.00 |
| 2 | Shutters Fabrication | $7,844.23 | $7,450.59 | $393.64 | $0.00 | $7,844.23 | 100% | $0.00 |
| 3 | Window Fabrication | $20,391.33 | $20,391.33 | $0.00 | $0.00 | $20,391.33 | 100% | $0.00 |
| 4 | Remove Window Blinds | $147.08 | $147.08 | $0.00 | $0.00 | $147.08 | 100% | $0.00 |
| 5 | Deactivate Window Alarms | $597.56 | $597.56 | $0.00 | $0.00 | $597.56 | 100% | $0.00 |
| 6 | Shutter Demolition | $2,645.18 | $2,645.18 | $0.00 | $0.00 | $2,645.18 | 100% | $0.00 |
| 7 | Shutter & Hardware Installation | $9,929.76 | $9,433.27 | $496.49 | $0.00 | $9,929.76 | 100% | $0.00 |
| 8 | Window Installation | $5,670.48 | $5,557.07 | $113.41 | $0.00 | $5,670.48 | 100% | $0.00 |
| 9 | Remove & Reinstall Trim | $1,097.85 | $1,097.85 | $0.00 | $0.00 | $1,097.85 | 100% | $0.00 |
| 10 | Painting | $7,192.43 | $7,192.43 | $0.00 | $0.00 | $7,192.43 | 100% | $0.00 |
| 11 | Reinstall Window Blinds | $304.68 | $304.68 | $0.00 | $0.00 | $304.68 | 100% | $0.00 |
| 12 | Activate Window Alarms | $597.56 | $597.56 | $0.00 | $0.00 | $597.56 | 100% | $0.00 |
| 13 | Bond | $1,842.41 | $1,842.41 | $0.00 | $0.00 | $1,842.41 | 100% | $0.00 |
| | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 |
| | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 |
| | TOTALS | $73,693.00 | $67,536.57 | $6,156.43 | $0.00 | $73,693.00 | 100% | $0.00 |

02

LAW OFFICES
GREENBURG, SPENCE & TAYLOR, L.L.C.
51 MONROE PLACE, SUITE 707
ROCKVILLE, MARYLAND 20850-2406

PETER A. GREENBURG
DONALD H. SPENCE, JR.
MICHAEL A. TAYLOR
MICHAEL P. MARCHETTI
PAYAM SIADAT

*OF COUNSEL*
STEVEN M. WEISBAUM

TELEPHONE
301-610-001

FACSIMILE
301-610-002

July 3, 2006

***VIA CERTIFIED MAIL*** # 7005 0390 0006 2196 6796
***RETURN RECEIPT REQUESTED***
Pamela M. Komer, Contracting Officer
United States Coast Guard
Civil Engineering Unit
1240 East Ninth Street (Room 2179)
Cleveland, OH 44199-2060

Re: Northern Taiga Ventures, Inc.
Contract HSCG83-050D-3WF084 - IDIQ: Delivery Order HSCG83-05-J-3WF382
Install New Windows in Representational Facility Number One, Bethesda, MD

Dear Ms. Komer:

As you are aware this office represents Northern Taiga Ventures, Inc., the Coast Guard's contractor on the above referenced contract.

Enclosed please find NTVI's Submission of Claim under the above referenced contract and Request for a Final Contracting Officer's Decision.

Please feel free to contact me if you have any questions regarding this matter.

Very truly yours,

Donald H. Spence, Jr.

DHS/ds
enclosures
cc: NTVI

Northern Taiga
VENTURES, INC.

*VIA CERTIFIED MAIL*
*RETURN RECEIPT REQUESTED*
Pamela M. Komer, Contracting Officer
United States Coast Guard
Civil Engineering Unit
1240 East Ninth Street (Room 2179)
Cleveland, OH 44199-2060

Re: Northern Taiga Ventures, Inc.
Contract HSCG83-050D-3WF084 - IDIQ: Delivery Order HSCG83-05-J-3WF382
Install New Windows in Representational Facility Number One, Bethesda, MD

Dear Ms. Komer:

NTVI is in receipt of your letter dated February 6, 2006 rejecting Invoice Application No. 2 (Invoice 0000227-IN).

There is no liquidated damages clause in the contract, and the Coast Guard is not entitled to a credit for delays. The work was substantially completed within the contract time. The only work remaining to be done is the correction of a design defect on a government specified window. As you know, Pella is actively working to resolve this warranty issue.

Please accept this letter as the submittal of a claim under Sec. 52.233-1(disputes) of the above referenced contract. Your demand for a credit and the refusal to make payment of Invoice Application No. 2 are improper and not in accordance with the contract.

Pursuant to Sec. 52.233-1(e), I am hereby requesting a final contracting officer's decision within sixty (60) days of this request.

Please feel free to contact me if you require any additional information.

Very truly yours,

Rick Lombardo
Project Manager

814 W. Diamond Ave., Suite 374, Gaithersburg, MD 20878
Phone 202.291.8688 Fax 202.291.3173
www.ntvifed.com

7005 0390 0006 2196 6796

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.64 |

Postmark Here

Sent To: Pamela M. Komer, Contr. Office
USCoast Guard, Civil Eng. Unit
Street, Apt. No.; or PO Box No.: 1240 E. Ninth St, Room 2179
City, State, ZIP+4: Cleveland, OH 44199-2060

PS Form 3800, June 2002 See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Pamela M. Komer,
Contracting Officer
United States Coast Guard
Civil Engineering Unit
1240 East Ninth St.
Room 2179
Cleveland, OH 44199-2060

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X ☐ Agent ☐ Addressee
03 JUL 2006

B. Received by (Printed Name): Eric Covington
C. Date of Delivery: 7/6/06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☑ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7005 0390 0006 2196 6796

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-154

NTVI/Coast Guard - Contract HSCG83-050D-3WF084