IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NORTHERN TAIGA VENTURES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 06-646C |
| v. | ) | |
| | ) | Judge Emily Hewitt |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests a 30-day enlargement of time, to and including December 13, 2006, within which to file its response to plaintiff's complaint in the above-captioned matter. Our response is currently due on November 13, 2006. This is defendant's first request for an enlargement of time. The plaintiffs, through counsel, have been contacted by phone regarding this request and do not oppose this motion.

The enlargement is requested in order to facilitate a potential settlement of this action. The parties require additional time in which to collect information and negotiate possible settlement terms. Defendant submits that a response to plaintiffs' amended complaint at this stage would not be in the interests of the parties or judicial economy.

For the foregoing reasons, defendant respectfully requests that the Court grant this unopposed motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/Mark A. Melnick
MARK A. MELNICK
Assistant Director

/s/Anuj Vohra
ANUJ VOHRA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street
Washington, D.C. 20530
tel: (202) 307-1011
fax: (202) 307-0972

November 9, 2006

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of November, 2006, a copy of the foregoing DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Anuj Vohra