IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NORTHERN TAIGA VENTURES, INC., Plaintiff, | ) | |
| v. | ) | 06-646 C (Judge Hewitt) |
| THE UNITED STATES, Defendant. | ) | |

DEFENDANT'S SECOND UNOPPOSED
MOTION FOR AN ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of 30 days, to and including January 12, 2006, within which to file its response to plaintiff's complaint. Defendant's response is now due to be filed on December 13, 2006. This is defendant's second request for an enlargement of time for this purpose. Defendant has contacted plaintiff's counsel, who has indicated that plaintiff does not oppose this request.

The Government seeks this enlargement because the parties have held preliminary discussions regarding settlement, and the Government would like to continue to explore the possibility of settling this case before we file a response to Northern Taiga Ventures' complaint. An enlargement of 30 days within which to respond will allow us to continue to investigate thoroughly the possibilities for settlement, or, if need be, prepare a response to the complaint.

For the foregoing reasons, we respectfully request that our motion be granted.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/ Sean B. McNamara
SEAN B. McNAMARA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tel: (202) 305-7573
Fax: (202) 514-8624

December 13, 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 13th day of December, 2006, a copy of the foregoing "DEFENDANT'S SECOND UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ Sean B. McNamara