# In the United States Court of Federal Claims

No. 06-646 C

(E-Filed: December 13, 2006)

| | |
|---|---|
| NORTHERN TAIGA VENTURES, INC. | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is Defendant's Second Unopposed Motion for an Enlargement of Time (Motion), filed on December 13, 2006, and granted by the Clerk of the Court on the same day under Rules of the United States Court of Federal Claims (RCFC) 77.2. The court notes that the Motion was not submitted by the attorney of record, Anuj Vohra. Compare Motion with Notice of Appearance, filed Oct. 5, 2006. Pursuant to RCFC 11(a), which states that "[e]very pleading, motion, and other paper shall be signed by or for the attorney of record," all future pleadings, motions, and other papers shall be signed by or for the attorney of record. See also General Order 42A (2004) (regarding the form of electronic signatures).

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge