IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NORTHERN TAIGA VENTURES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-646 C |
| v. | ) | |
| | ) | (Judge Hewitt) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of SEAN B. McNAMARA as attorney of record for the United States. Mr. McNamara replaces Mr. Anuj Vohra as attorney of record. Service of all papers by opposing parties should be addressed as follows:

SEAN B. McNAMARA
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, DC 20530

s/ Sean B. McNamara

SEAN B. McNAMARA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Tele: (202) 305-7573
Fax: (202) 514-8624

December 13, 2006

CERTIFICATE OF FILING

I hereby certify that on December 13, 2006, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Sean B. McNamara
SEAN B. McNAMARA