# In the United States Court of Federal Claims

No. 06-646 C

(E-Filed: February 27, 2007)

| | |
|---|---|
| NORTHERN TAIGA VENTURES, INC. | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is the parties' Joint Motion for an Enlargement of Time (Motion), filed on February 27, 2007. For the reasons stated therein, the Motion is GRANTED. The Joint Preliminary Status Report originally due to be filed by March 5, 2007, will be due on March 26, 2007, if the case has not been dismissed by that date.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge