# In the United States Court of Federal Claims

No. 06-646 C

(E-Filed: March 27, 2007)

| | |
|---|---|
| NORTHERN TAIGA VENTURES, INC. | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is the parties' Joint Motion for an Enlargement of Time (Motion), filed on March 26, 2007. For the reasons stated therein, the Motion is GRANTED. The Joint Preliminary Status Report due to be filed by March 26, 2007, pursuant the Order of the Court of February 27, 2007, will be due on April 16, 2007, if the case has not been dismissed by that date.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge