IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NORTHERN TAIGA VENTURES, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | 06-646 C (Judge Hewitt) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

JOINT MOTION FOR AN ENLARGEMENT OF TIME

The parties respectfully request an enlargement of time of 14 days, to and including April 30, 2007, within which to file the Joint Preliminary Status Report ("JPSR"). The JPSR is now due to be filed on April 16, 2007. This is the parties' third request for an enlargement of time for this purpose.

The parties seek this enlargement because we have agreed to settle this matter but require more time to draft and execute a settlement agreement. An enlargement of 14 days within which to file the JPSR will allow us to continue to pursue settling this matter, or, if need be, to prepare the JPSR.

For the foregoing reasons, we respectfully request that our motion be granted.

Respectfully submitted,

s/ Donald H. Spence, Jr.
DONALD H. SPENCE, Jr.
Greenburg, Spence & Taylor, LLC
51 Monroe Place, Suite 707
Rockville, Maryland 20850-2406
301-610-0010
301-610-0021 fax

Attorneys for Plaintiff

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Mark A. Melnick by Bryant G. Snee
MARK A. MELNICK
Assistant Director

s/ Sean B. McNamara
SEAN B. McNAMARA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tel: (202) 305-7573
Fax: (202) 514-8624

April 13, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 13th day of April, 2007, a copy of the foregoing "JOINT MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ Sean B. McNamara