# In the United States Court of Federal Claims

No. 06-646 C

(E-Filed: April 16, 2007)

| | |
|---|---|
| NORTHERN TAIGA VENTURES, INC. | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is the parties' Joint Motion for an Enlargement of Time (Motion), filed on April 13, 2007. For the reasons stated therein, the Motion is GRANTED. The Joint Preliminary Status Report due to be filed by April 16, 2007, pursuant the Order of the Court of March 27, 2007, will be due on April 30, 2007, if the case has not been dismissed by that date.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge