# In the United States Court of Federal Claims

No. 06-646 C

(E-Filed: May 21, 2007)

NORTHERN TAIGA VENTURES, INC.

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is the parties' Fifth Joint Motion for an Enlargement of Time (Motion), filed on May 21, 2007. For the reasons stated therein, the Motion is GRANTED. The Joint Preliminary Status Report due to be filed by May 21, 2007, pursuant the Order of the Court of May 1, 2007, will be due on June 18, 2007, if the case has not been dismissed by that date.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge