IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NORTHERN TAIGA VENTURES, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | 06-646 C |
| | ) | (Judge Hewitt) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

JOINT STIPULATION OF DISMISSAL

Pursuant to Court of Federal Claims Rule 41(a)(1)(ii), defendant, the United States, and plaintiff, Northern Taiga Ventures, Inc., hereby stipulate to dismissal of this action with prejudice.

Respectfully submitted,

s/ Donald H. Spence, Jr.
DONALD H. SPENCE, Jr.
Greenburg, Spence & Taylor, LLC
51 Monroe Place, Suite 707
Rockville, Maryland 20850-2406
Tel: (301) 610-0010
Fax: (301) 610-0021
Attorneys for Plaintiff

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/ Sean B. McNamara
SEAN B. McNAMARA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tel: (202) 305-7573
Fax: (202) 514-8624
Attorneys for Defendant

DATED: May 31, 2007

DATED: May 31, 2007

CERTIFICATE OF FILING

I hereby certify that on May 31, 2007, a copy of the foregoing "JOINT STIPULATION OF DISMISSAL" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Sean B. McNamara

SEAN B. McNAMARA